Exhibit 8

Madison-2004 Exan - 07-16483-WCH

# Personal Financial Statement

**Please Check One:**  Date: June 30 2006

Individual Statement — If you are applying for credit in your name alone, fill out all information requested of Applicant

Joint Statement — If you are applying for credit together with any other person or relying on another person's income or assets in applying for credit, fill out information requested of Applicant and Co-Applicant

Information about your spouse need not be provided unless this is a joint statement with your spouse or if you are relying on his or her income or assets to obtain credit. All parties whose assets are relied upon will be requested to sign notes or other documents required in connection with credit extended.

## To Be Completed by Applicant

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| First Name: | Rahul | Middle Initial: | | Last Name: Chaturvedi | Social Security Numb 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 |
| Street Address: | 89 Old Hyannis Road | City: Yarmouthport | | State: MA | Zip Code: 02675 |
| Home Telephone Number: | 508 744 7040 | Years in Home: 1 yrs | Date of Birth: 11/21/1965 | | Years at Job: 11 yrs |
| Business Name: | HCAA Care P.C. | Type of Business: Medical Practice | | Position: Owner | |
| Business Street Address: | 100 Independence Drive | City: Hyannis | | State: MA | Zip Code: 02601 |
| Business Telephone Number: | 508 778 7900 | Website: physicianmedicalcenters.co | Email: rahul@nuspeech.com | | |
| Accountant Name: | Levine Katz Nannis and Solomon P.C. | | | | |
| Street Address: | 250 First Avenue | City: Needham | | State: MA | Zip Code: 02494 |
| Attorney Name: | Bernie Kilroy | | | | |
| Street Address: | 67 School Street | City: Hyannis | | State: MA | Zip Code: 02601 |

## To Be Completed by Co-Applicant

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| First Name: Neena | | Middle Initial: | Last Name: Chaturvedi | | Social Security Numb 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 |
| Street Address: 89 Old Hyannis Road | | | | Home Telephone Number: 508 744 7040 | |
| City: Yarmouthport | State: MA | Zip Code: 02675 | Years in Home: 1 yr | Date of Birth: 3/18/1966 | |
| Business Name: HCAA Care P.C. | | Type of Business: Medical Practice | | Position: Owner | |
| Business Street Address: 100 Independence Drive Hyannis MA | | | | Business Telephone Number: (508) 778-7900 | |
| City: Hyannis | State: MA | Zip Code: 02601 | Years at Job: 11 yrs | | |

## Income & Expenditure Statement:

NOTE: Alimony, Child Support or Separate Maintenance payments need not be revealed unless you desire such income to be considered in evaluating credit worthiness. Submit separate schedule when appropriate.

### Last Year's Actual Income:

| | Applicant | Co-Applicant | Combined |
|---|---|---|---|
| Salary & Net Professional Income | $35,000 | $35,000 | $70,000 |
| Bonus & Commissions | $0 | $0 | $0 |
| Interest & Dividends | $0 | $0 | $0 |
| Net Real Estate Income | $0 | $0 | $0 |
| Capital Gains (Losses) | $0 | $0 | $0 |
| Other Income (Describe) | $0 | $0 | $0 |
| | | | $0 |
| **TOTAL** | **$35,000** | **$35,000** | **$70,000** |

### Current Year's Estimated Income:

| | Applicant | Co-Applicant | Combined |
|---|---|---|---|
| Salary & Net Professional Income | $0 | $0 | $0 |
| Bonus & Commissions | $0 | $0 | $0 |
| Interest & Dividends | $0 | $0 | $0 |
| Net Real Estate Income | $0 | $0 | $0 |
| Capital Gains (Losses) | $0 | $0 | $0 |
| Other Income (Describe) | $0 | $0 | $0 |
| **TOTAL** | **$0** | **$0** | **$0** |

### Current Year's Estimated Expenses:

| | Applicant | Co-Applicant | Combined |
|---|---|---|---|
| Income Tax | $5,000 | $5,000 | $10,000 |
| Rent Expense or Co-Op Condo Maintenance | $0 | $0 | $0 |
| Mortgage Payments | $3,000 | $0 | $3,000 |
| Interest & Principal Payments on Loans | $0 | $0 | $0 |
| Real Estate Taxes | $500 | $0 | $500 |
| Insurance | $150 | $0 | $150 |
| Partnership Contributions / Obligations | $0 | $0 | $0 |
| Tuition | $13,000 | $0 | $13,000 |
| Alimony, Child Support Maintenance | $0 | $0 | $0 |
| Medical Payments | $0 | $0 | $0 |
| Estimated Living Expenses | $40,000 | $0 | $40,000 |
| Other | $0 | $0 | $0 |
| **TOTAL** | **$61,650** | **$5,000** | **$66,650** |

Exhibit 8

Madison-2004 Exan - 07-16483-WCH

# Personal Financial Statement

### Schedule 1

Cash in Bank Checking and Savings Accounts/Certificates of Deposits/Money Market Funds/Bank Loans (Secured & Unsecured)
(Do not include Mortgages or Consumer Loans)

*Loan Information*

| | Deposit Balance | Loan Balance | Is Loan Secured? |
|---|---|---|---|
| Personal checking | $8,000 | | Yes |
| | | | Yes |
| | | | Yes |
| | | | Yes |
| **TOTAL** | **$8,000** | **$0** | |

### Schedule 2

Marketable Securities  Stocks and Bonds Registered and traded on National Exchanges or Over the Counter/Treasury Bills/Municipal Bonds/Commercial Paper/
Mutual Funds/Include Margin Loans with Brokerage Firms (if not enough space, attach separate schedule and enter totals only.)

| Bonds - Face Value / Stocks - Number of Shares | Description of Security | Cost | Market Value | Are any securities pledged? Amount | To Whom | Brokerage Margin Loans |
|---|---|---|---|---|---|---|
| None | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **TOTAL** | | **$0** | **$0** | **$0** | | **$0** |

### Schedule 3

Non-Marketable Securities  Investments, if any securities are pledged, explain. Include restricted stock and ownership in privately held businesses.

| Description of Security | Date Acquired | Cost | Book Value | Estimated Market Value |
|---|---|---|---|---|
| NuSpeech Corporation and subsidiaries | ongoing | $3,500,000 | $2,000,000 | $4,000,000 |
| HCAA Care PC | ongoing | $150,000 | $1,200,000 | $1,500,000 |
| | | | | |
| | | | | |
| **TOTAL** | | **$3,650,000** | **$3,200,000** | **$5,500,000** |

### Schedule 4

Consumer Debt  Installment Credit

| Auto Loans/Credit Cards/Credit Unions/Charge Accounts, etc. | Total Monthly Payment | Total Amount Outstanding |
|---|---|---|
| Lease Auto | $1,000 | $47,000 |
| | | |
| | | |
| | | |
| **TOTAL** | **$1,000** | **$47,000** |

### Schedule 5

Personal or Investment Real Estate (Include Second Mortgages and Equity Lines)

| Address | Title in Name of | % Owned / Date Acquired | Cost | Market Value | Mortgage Amount | Monthly Pmt / Maturity | Lender |
|---|---|---|---|---|---|---|---|
| 89 Old Hyannis Yarmouthport, MA | Narinder Thind Rahul Chaturvedi | 100% 2/1/2006 | $1,011,000 | $1,011,000 | $760,000 | $3,000 | Indy Mac |
| 100 Independence Dr Hyannis Ma 02601 | 100 Independence Dr LLC, Hyannis Ma | 100% 4/15/2005 | $6,740,000 | $12,500,000 | $6,500,000 | $65,000 | New Stream Capital |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **TOTAL** | | | **$7,751,000** | **$13,511,000** | **$7,260,000** | | |

# Personal Financial Statement

### Schedule 6
**Life Insurance**

| Insurance Company | Face Amount of Policy | Type of Policy | Annual Premium | Beneficiary | Cash Surrender Value | Amount Borrowed |
|---|---|---|---|---|---|---|
| New York Life | $4,000,000 | 5 yr level term | $3,297 | Neena Chaturvedi | $0 | |
| New York Life | $4,000,000 | 5 yr level term | $3,627 | Rahul Chaturvedi | $0 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTAL | $8,000,000 | | $6,924 | | $0 | $0 |

### Schedule 7
**Other Liabilities** Not Listed Above (Include Alimony, Child Support or Separate Maintenance Payments)

| Item | Amount Due |
|---|---|
| Prom Notes | $1,910,000 |
| Credit Card Debt | $190,000 |
| | |
| | |
| | |
| TOTAL | $2,100,000 |

### Schedule 8
**Other Assets** (List any items which you feel are significant enough to note, such as automobiles, jewelry, furs, antique furniture, oriental rugs, objects of art, painting, stamp and coin collections, airplanes, boats and seats on stock exchanges.)

| Item | Cost | Amount Due |
|---|---|---|
| Household Artifacts, Jewelry, Coin Collection | $117,000 | $0 |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $117,000 | $0 |

### Schedule 9
**Other Investments** (IRA's, Keogh's, etc.)

| Investment | Date Acquired | Present Market Value | Cash Invested | Original Amount | Borrowings Against | Amount of Payment | Lender |
|---|---|---|---|---|---|---|---|
| | | | | Promissory Notes | | | |
| None | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL | | $0 | $0 | $0 | $0 | $0 | |

### Schedule 10
**Contingent Liability** On leases, legal claims, stand-by letters of credit, and as co-maker, surety, endorser or guarantor for debts of others.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| TOTAL | $0 |

## Personal Financial Statement

| ASSETS | |
|---|---:|
| Cash (from Schedule 1) | $8,000 |
| Marketable Securities (from Schedule 2) | $0 |
| Non-Marketable Securities (from Schedule 3) | $5,500,000 |
| Real Estate (from Schedule 5) | $13,511,000 |
| Cash Value Life Insurance (from Schedule 6) | $0 |
| Other Assets (from Schedule 8) | $117,000 |
| Other Investments (from Schedule 9) | $0 |
| | |
| | |
| **Total Assets** | **$19,136,000** |

| LIABILITIES | |
|---|---:|
| Bank Loans (from Schedule 1) | $0 |
| Margin Loans (from Schedule 2) | $0 |
| Consumer Debt (from Schedule 4) | $47,000 |
| Mortgages on Real Estate (from Schedule 5) | $7,260,000 |
| Loans Against Securities (from Schedule 2) | $0 |
| Loans Against Life Insurance (from Schedule 6) | $0 |
| Other Liabilities (from Schedule 7) | $2,100,000 |
| Contingent Liabilities (from Schedule 10) | $0 |
| **Total Liabilities** | **$9,407,000** |
| **Net Worth** | **$9,729,000** |

Because I/we have asked the lender (the "Bank") to grant credit to me/us, I am/we are supplying you with my/our true and complete financial statement. During the review of any applications for credit or the continuation of credit relying on this financial statement, the Bank may obtain consumer reports on me/us from time to time. I/we have the right to ask for the name and address of the consumer reporting agency which provided such reports to the Bank.

I/we have no outstanding direct, or indirect, or contingent obligations or liabilities, as a borrower, co-maker, endorser, guarantor, surity or in any other capacity, to any bank, director, person or entity, except those shown on this financial statement. All assets listed in this financial statement are free of any claims and are in my/our name alone, except where otherwise noted.

As long as I/we are obligated to the Bank, I/we will immediately notify the Bank in writing of any changes in my/our employment and of any material change in my/our financial condition, including any substantial reduction in my/our assets or the incurring of additional material liabilities. Until the Bank receives such notice from me/us, the Bank may continue to rely upon this statement as true and complete.

---

**I HAVE READ CAREFULLY THE FOREGOING PERSONAL FINANCIAL STATEMENT. THE FIGURES AND AMOUNTS SHOWN ON THIS STATEMENT ARE TRUE AND COMPLETE AND GIVE AN ACCURATE SHOWING OF MY PERSONAL FINANCIAL CONDITION AS OF THIS DATE.**

| Applicant Signature | Date | Co-Applicant Signature | Date |
|---|---|---|---|

Madison 2004 Exempted 07-1648 JCH

Caution: Forms printed from within Adobe Acrobat products may not meet IRS or state taxing agency specifications. When using Acrobat 5.x products, uncheck the "Shrink oversized pages to paper size" and uncheck the "Expand small pages to paper size" options, in the Adobe "Print" dialog. When using Acrobat 6.x products, select "None" in the "Page Scaling" selection box in the Adobe "Print" dialog.

CLIENT'S COPY